**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **ALL CASES** |

## ORDER

The PPO8 Motions to Dismiss pending in the cases listed in Exhibit A are GRANTED.

Accordingly, Defendants Barr Laboratories, Inc., ESI Lederle Inc., Warner Chilcott (US), LLC,

Bristol-Myers Squibb Company, Solvay Pharmaceuticals, Inc., Solvay America, Inc., and

Greenstone LLC (incorrectly named as Greenstone LLC d/b/a Greenstone Ltd.) are DISMISSED

based on the terms and conditions in PPO8.

IT IS SO ORDERED this 19th day of December, 2008.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

Adkins, Franklin (Estate of Bonnie Adkins, dec'd)   ED AR 4:08-CV-03627

Arkle, Canzaza          ED AR 4:08-CV-03623

Asbury, Judy            ED AR 4:08-CV-03637

Blizzard, Mary          ED AR 4:08-CV-03650

Bosher, Dovie           ED AR 4:08-CV-03653

Bowcott, Phyllis        ED AR 4:08-CV-03655

Burress, Patricia       ED AR 4:08-CV-03676

Cagigas, Norma          ED AR 4:08-CV-03678

Carter, Linda           ED AR 4:08-CV-03690

Carter, Nellie          ED AR 4:08-CV-03689

Childress, Roberta      ED AR 4:08-CV-03703

Colebank, Wanda         ED AR 4:08-CV-03710

Coleman, Catherine      ED AR 4:08-CV-03709

Collias, Gloria         ED AR 4:08-CV-03711

Conner, Linda           ED AR 4:08-CV-03717

Cook, Billy (Est of Jeanette Price, Dec'd)        ED AR 4:08-CV-03718

Cook, Carolyn (Est of Willadene Miller, Dec'd)    ED AR 4:08-CV-03719

Doerfler, Blodwyn       ED AR 4:08-CV-03620

Fisher, Georgia         ED AR 4:08-CV-03761

Garrison, Toney         ED AR 4:08-CV-03770

Godwin, Sandra          ED AR 4:08-CV-03775

Gould, Kathryn          ED AR 4:08-CV-03778

Gray, Mary              ED AR 4:08-CV-03782

Green, Jacqueline     ED AR 4:08-CV-03784

Green, Phyllis       ED AR 4:08-CV-03785

Haga, Martha         ED AR 4:08-CV-03787

Harper, Karen        ED AR 4:08-CV-03798

Hayden, Martha       ED AR 4:08-CV-03804

Hurley, Josephine    ED AR 4:08-CV-03834

Jarrell, Macie       ED AR 4:08-CV-03841

Johnson, Diana       ED AR 4:08-CV-03844

Keith, Fannie        ED AR 4:08-CV-03849

Kessinger, Gladys    ED AR 4:08-CV-03853

Kimball, Carolyn     ED AR 4:08-CV-03854

Kittle, Shirley      ED AR 4:08-CV-03859

Lambert, Dorothy (Estate)     ED AR 4:08-CV-03865

Lane, Deborah        ED AR 4:08-CV-03867

Lane, Mary           ED AR 4:08-CV-03868

Lawrence, Janice     ED AR 4:08-CV-03870

Layton, Dorothy      ED AR 4:08-CV-03871

Lemaster, Mary       ED AR 4:08-CV-03873

Lucion, Nancy        ED AR 4:08-CV-03890

Metts, Cloudia       ED AR 4:08-CV-03963

Miller, Violet       ED AR 4:08-CV-03982

Monty, Sylvia        ED AR 4:08-CV-03989

Mounts, Helen        ED AR 4:08-CV-04006

Neace, Judith        ED AR 4:08-CV-04012

| | |
|---|---|
| Newman, Betty | ED AR 4:08-CV-04010 |
| Nichols, Florence | ED AR 4:08-CV-04011 |
| Nutter, Betty | ED AR 4:08-CV-04029 |
| Paxton, Joann | ED AR 4:08-CV-04053 |
| Perry, Dorothy | ED AR 4:08-CV-04071 |
| Peters, Sheila | ED AR 4:08-CV-04081 |
| Pierce, Jane | ED AR 4:08-CV-04086 |
| Pritchett, Rowena | ED AR 4:08-CV-04090 |
| Pursley, Vivian | ED AR 4:08-CV-04091 |
| Ross, Katheryn | ED AR 4:08-CV-03911 |
| Runyan, Betty | ED AR 4:08-CV-03914 |
| Sexton, Anne | ED AR 4:08-CV-03934 |
| Shiels, Jackolin | ED AR 4:08-CV-03937 |
| Smith, Jackie | ED AR 4:08-CV-03945 |
| Smith, Rhodonna | ED AR 4:08-CV-03951 |
| Steen, Linda | ED AR 4:08-CV-03959 |
| Taisacan, Vicenta | ED AR 4:08-CV-03972 |
| Taylor, Irene | ED AR 4:08-CV-03980 |
| Tickle, Juanita | ED AR 4:08-CV-04007 |
| Tomblin, Goldie | ED AR 4:08-CV-04000 |
| Tooley, Antha | ED AR 4:08-CV-03995 |
| Traeger, Barbara | ED AR 4:08-CV-03994 |
| Tucker, Shirley | ED AR 4:08-CV-04015 |
| Vance, Susan | ED AR 4:08-CV-04024 |

4

Walker, Mary          ED AR 4:08-CV-04030

Waller, Patricia      ED AR 4:08-CV-04033

Watts, Julia          ED AR 4:08-CV-04044

Weaver, Norma         ED AR 4:08-CV-04049

Weekley, Elva         ED AR 4:08-CV-04050

Weis, Linda           ED AR 4:08-CV-04052

Wiley, Paulette       ED AR 4:08-CV-04060

Wilson, Bernice       ED AR 4:08-CV-04064

Young, Mary           ED AR 4:08-CV-04084